UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )           2:19-CR-030-001
)           JUDGE REEVES
ANTHONY EUGENE LONG )

PROTECTIVE ORDER
FOR DISCOVERY DISCLOSURE

This matter having come before the Court upon motion of the United States [Doc. 48] for

the entry of a Protective Order pursuant Federal Rules of Criminal Procedure 16(d), and it

appearing to the satisfaction of this Court:

That the documents to be made available to the defendant by the United States as

discovery and in preparation for trial in this case contain confidential information protected by

court rule, Rule 49.1 of the Federal Rules of Criminal Procedure, including dates of birth, home

addresses, social security numbers, financial records, and documents containing other personal

identifying information.

THEREFORE, IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal

Procedure Rule 16(d), that:

1.  Before defense counsel disseminates or otherwise discloses to any person, including

the attorney's client, any discovery material or other information that contains confidential

information (such as that which is referenced to in Rule 49.1 of the Federal Rules of Criminal

Procedure), the attorney shall redact that information from any copies, and shall not otherwise

disclose that confidential or personal identifying information.  Notwithstanding the foregoing,

the attorney may provide un-redacted copies or otherwise disclose such information to

1

investigators or experts retained by the attorney, although the attorney shall unequivocally instruct those individuals that they are no less subject to this protective order than is the attorney.

2. If the attorney believes it necessary to furnish un-redacted copies of discovery to anyone else, or to otherwise disclose confidential or personal identifying information as described in Rule 49.1 to any other person, the attorney shall file a motion with this court requesting permission to do so, and only after giving the person to whom that information applies notice of the motion and the date the motion will be presented to the judge.

SO ORDERED, this 27th day of August, 2019.

s/ Dennis H. Inman_____
United States Magistrate Judge

APPROVED FOR ENTRY:

J. DOUGLAS OVERBEY
United States Attorney

By: */s Donald Wayne Taylor*_____
DONALD WAYNE TAYLOR
Assistant U.S. Attorney

2