UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 2:19-CR-30.1 |
| | ) |
| ANTHONY EUGENE LONG | ) |

# **O R D E R**

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One and Count Eleven of the Indictment; (2) accept Defendant's plea of guilty to Count One and Count Eleven of the Indictment, that is, of conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) (Count One), and conspiracy to transmit or transfer monetary instruments or funds knowing that the monetary instruments or funds were proceeds of an unlawful activity and with the intent to promote the carrying on of a specified unlawful activity (money laundering), in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 18 U.S.C. § 1956(h) (Count Eleven); (3) adjudicate Defendant guilty of the charges set forth in Count One and Count Eleven of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 105]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R.

105] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One and Count Eleven of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One and Count Eleven of the Indictment, that is, of conspiracy to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) (Count One), and conspiracy to transmit or transfer monetary instruments or funds knowing that the monetary instruments or funds were proceeds of an unlawful activity and with the intent to promote the carrying on of a specified unlawful activity (money laundering), in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 18 U.S.C. § 1956(h) (Count Eleven), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Eleven of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **May 28, 2020, at 10:00 a.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**