# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| **IN RE: CASE REASSIGNMENTS** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to 28 U.S.C. § 137, the following criminal actions are hereby **REASSIGNED** as follows:

The following cases are **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge.

| Case No. | Case Name |
|---|---|
| 2:17-cr-118 | United States v. Matthew Dylan Norris |
| 2:18-cr-54 | United States v. Chelsea Nicole Whitson |
| 2:18-cr-139 | United States v. Deangelo Deshong Holt |
| 2:19-cr-30 | United States v. Anthony Eugene Long |
| 2:19-cr-78 | United States v. Robert Scott Brooks |
| 2:19-cr-87 | United States v. Felicity Trent |
| 2:19-cr-87 | United States v. Larry Sawyer |
| 2:19-cr-87 | United States v. Lester Burden |
| 2:16-cr-43 | United States v. Alfred Martinez |

The following cases are **REASSIGNED** to the Honorable Thomas W. Phillips, United States District Judge.

| Case No. | Case Name |
|---|---|
| 3:18-cr-147<br>3:18-cr-158<br>3:20-cr-38 | United States v. Guy R Jenkins III |
| 3:18-cr-157 | United States v. David Well |
| 3:18-cr-157 | United States v. Jorge Rosco Clement III |
| 3:18-cr-157 | United States v. Joseph Stanton |
| 3:18-cr-158 | United States v. Wendy Hall |
| 3:18-cr-158 | United States v. Corey Brown |
| 3:18-cr-158 | United States v. Heather Marie Cail |
| 3:19-cr-37 | United States v. Sharisa W McClain |
| 3:19-cr-64 | United States v. Dominique McKenzie |
| 3:19-cr-64<br>3:20-cr-14 | United States v. Lucky J Clark |
| 3:19-cr-74 | United States v. Donald Jeffrey Caraway |
| 3:19-cr-76 | United States v. Rogelio Barajas, Jr. |
| 3:19-cr-76 | United States v. Jairo Cruz-Rico |
| 3:19-cr-76<br>3:20-cr-33 | United States v. Alberto Martinez Beltran |
| 3:19-cr-83 | United States v. Jason L. Howard |
| 3:19-cr-92 | United States v. Evan M. Adkins |
| 3:19-cr-116 | United States v. Jeffrey Patrick Turner |
| 3:19-cr-139 | United States v. Lawrence Murray |
| 3:19-cr-157 | United States v. Charles Edward Mason |
| 3:19-cr-211 | United States v. Gary Thomas Hill |
| 3:19-cr-211 | United States v. Paula Hill |
| 3:19-cr-211 | United States v. Samantha Smith |
| 3:20-cr-47 | United States v. Timothy Wyatt Smith |
| 3:20-cr-30 | United States v. Shawn Christopher Wright |

The following cases are **REASSIGNED** to the Honorable Harry S. Mattice, United States District Judge.

Case 2:19-cr-00030-DCLC-CRW    Document 164    Filed 10/02/20    Page 2 of 6
PageID #: 632

| Case No. | Case Name |
| --- | --- |
| 3:18-cr-182 | United States v. Demetrius Loyd |
| 3:18-cr-190 | United States v. Hugh Leroy Murphy |
| 3:18-cr-198 | United States v. D'Marko King |
| 3:19-cr-15 | United States v. Derrick Redwine |
| 3:19-cr-15 | United States v. Darius D. Wright |
| 3:19-cr-15 | United States v. Robert L. Carter |
| 3:19-cr-15 | United States v. Gary W. Hubbs |
| 3:19-cr-15 | United States v. Sharon A. Hubbs |
| 3:19-cr-75 | United States v. Jason Eric Stansberry |
| 3:19-cr-75 | United States v. Christopher Michael Wyrick |
| 3:19-cr-75 | United States v. Kelvin Bush |
| 3:19-cr-75 | United States v. Billy Davis |
| 3:19-cr-75 | United States v. Michael Hines |
| 3:19-cr-75 | United States v. Richard Jentzch |
| 3:19-cr-75 | United States v. Tron Rodgers |
| 3:19-cr-75 | United States v. Johnny Tackett |
| 3:19-cr-75 | United States v. Deandre Watson |
| 3:19-cr-144 | United States v. Preston Andrew Watson |
| 3:19-cr-193 | United States v. Dallas Byrge |
| 3:20-cr-24 | United States v. Billy Haun |
| 3:20-cr-24 | United States v. Helena Neeley |
| 3:20-cr-24 | United States v. Crista Day |
| 3:20-cr-59 | United States v. Randall Fisher Henry |

The following cases are **REASSIGNED** to the Thomas A. Varlan, United States District Judge.

| Case No. | Case Name |
| --- | --- |
| 1:15-cr-23 | United States v. James Ray Pritchett |
| 2:14-cr-107 | United States v. Jason Kyle Dulworth |
| 2:17-cr-42 | United States v. Timothy Matthew Buchanan |
| 3:06-cr-98 | United States v. Todji Kijuan Martin |
| 3:06-cr-136 | United States v. Christopher Forester |
| 3:10-cr-84 | United States v. Somer Meshelle Bullard |
| 3:13-cr-132 | United States v. Jason Ronald Brown |
| 3:14-cr-85 | United States v. Micheal D. Leach |
| 3:14-cr-86 | United States v. Brittany D Sharp |

Case 2:19-cr-00030-DCLC-CRW    Document 164    Filed 10/02/20    Page 3 of 6
PageID #: 633

| Case No. | Case Name |
|---|---|
| 3:14-cr-5014 | United States v. Garry Wayne Leach |
| 3:15-cr-161 | United States v. Bunmi Paul Adeoye, Jr |
| 3:17-cr-128 | United States v. Franklin Delano Jeffries |
| 3:20-cr-70 | United States v. Gregory White |

The following cases are **REASSIGNED** to the Honorable R. Leon Jordan, United States District Judge.

| Case No. | Case Name |
|---|---|
| 3:20-cr-24 | United States v. Bobby Baucum |
| 3:20-cr-24 | United States v. Brian Moss |
| 3:20-cr-24 | United States v. Robert Bryan Souder |
| 3:20-cr-24 | United States v. Justin Massengill |
| 3:20-cr-24 | United States v. Lisa Bullock |

The following cases are **REASSIGNED** to the Honorable Thomas L. Parker, United States District Judge.

| Case No. | Case Name |
|---|---|
| 3:18-cr-158 | United States v. Kevin Jones |
| 3:18-cr-158 | United States v. Mary Parham |
| 3:18-cr-158 | United States v. Antonio Williams |
| 3:18-cr-158 | United States v. Katrina Eckhardt |
| 3:18-cr-158 | United States v. Antoine Boyce |
| 3:18-cr-158 | United States v. Kanesha Wade |
| 3:18-cr-158 | United States v. Anthony Stokes |
| 3:18-cr-158 | United States v. Antoine Holloway |
| 3:18-cr-158 | United States v. Keanna Moorehead |
| 3:18-cr-158 | United States v. Marilyn Stubblefield |
| 3:18-cr-158 | United States v. James Wesley Williams |
| 3:18-cr-158 | United States v. Hailey Spires |
| 3:19-cr-75 | United States v. Shawn Barahan Fitts |
| 3:19-cr-75 | United States v. Brandon Claron Thomas |
| 3:19-cr-75 | United States v. Rockele Bryant |
| 3:19-cr-75 | United States v. Alonzo Butler |
| 3:19-cr-75 | United States v. Jamicah Jackson |
| 3:19-cr-75 | United States v. Curtis Morrow |

| Case No. | Case Name |
|---|---|
| 3:19-cr-182 | United States v. Kevin L Catlett |
| 3:19-cr-193 | United States v. Christopher Thompson |
| 3:19-cr-193 | United States v. Jarvis Thompson |
| 3:20-cr-2 | United States v. Timothy A Jennings |
| 3:20-cr-11 | United States v. Randall Dale Brown |
| 3:20-cr-16 | United States v. Amber Lynn Smotherman |
| 3:20-cr-40 | United States v. Karen Michelle McCampbell |

The following cases are **REASSIGNED** to the Honorable Waverly Crenshaw, United States District Judge.

| Case No. | Case Name |
|---|---|
| 3:18-cr-25 | United States v. Scott Elliot Wardley |
| 3:18-cr-25 | United States v. Ricky Davis |
| 3:19-cr-15 | United States v. Rashaud L. Coleman |
| 3:19-cr-15 | United States v. Diallo S Peacock |
| 3:19-cr-15 | United States v. Kewan Conklin-Bradley |
| 3:19-cr-15 | United States v. Demarius J Brown |
| 3:19-cr-54 | United States v. Daniel Close |
| 3:19-cr-116 | United States v. Emmanuel Rawshean Vaught |
| 3:19-cr-135 | United States v. Anthony Taylor |
| 3:19-cr-186 | United States v. Seth Taylor Wilson |
| 3:20-cr-23 | United States v. Faythe Elaine Head |
| 3:20-cr-23 | United States v. Frank Delano Rogers |
| 3:20-cr-55 | United States v. Dominic Brown |

The following cases are **REASSIGNED** to the Honorable William Campbell, United States District Judge.

| Case No. | Case Name |
|---|---|
| 3:18-cr-182 | United States v. Frank Melvin Che-Adkins |
| 3:19-cr-20 | United States v. Todji Kijuan Martin |
| 3:19-cr-40 | United States v. Stacey Edward Williams |
| 3:19-cr-40 | United States v. Joshua Michael Catlett |
| 3:19-cr-76 | United States v. Marisol Perez-Guzman |
| 3:19-cr-76 | United States v. Salome Perez-Guzman |
| 3:19-cr-76 | United States v. Lamar Arthor Stephensen |

| | |
|---|---|
| 3:19-cr-126 | United States v. Chad M Rutherford |
| 3:19-cr-129 | United States v. Shawn Harrison Cox |
| 3:19-cr-136 | United States v. Amber Lynn Tull |
| 3:19-cr-136 | United States v. Angela Marie Sides |
| 3:20-cr-48 | United States v. Randolph Alexander Fitzgerald |

**/s/ *Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**