To: Clerk Of The Court
   U.S. District Court
   Eastern District of Tennessee
   220 West Depot Street Suite 200
   Greenville, TN 37743

Fr: Anthony Eugene Long
   #54109-074
   FCI-Williamsburg
   P.O. Box 340
   Salters, SC 29590

RE: Request For Sentencing Transcripts of February 23, 2021 Sentencing Hearing United States vs. Anthony Eugene Long

Dear District Court Clerk,
I would like to respectfully request my sentencing transcripts for Case No. 2:19-CR-00030-DCLC-CRW(1) related to my sentencing proceedings in United States of America vs. Anthony Eugene Long.
I was sentenced on February 23, 2021 by Honorable Judge Clifton Corker in the District Court For The Eastern District of Tennessee. In anticipation of the new sentencing amendments set to be promulgated on November 1st, 2023, there might be some issues that pertain to me and could possibly benefit me and as such I would like to get a copy of my sentencing transcripts to see if anything applies.
Please let me know what these copies will cost so I can send a BP-199 money order to the Court and in addition let me know if I need to fill out any forms or documents regarding this request.
I am not familiar with the law and I have no clue what steps I need to take going forward and would appreciate it if you could advise me as to what I need to do in order to receive these documents.
I thank you for your time and consideration.
Respectfully Submitted,

_____
Anthony Eugene Long
#54109-074

_____
8-2-23
Date