**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

TO: **Anthony Eugene Long**

RE: **Sentencing Transcripts from 4/23/2021 - 2:19-cr-30**

**<u>Copy Request Notice</u>**

The Clerk's Office is unable to process your copy request for the following reason(s):

_____ **<u>Request for Copies of Case Documents & Docket Sheets</u>**
The fee for copies made by the Clerk's Office is 50 cents per page. This fee includes copies of docket sheets. *In forma pauperis* allows your case to proceed without payment of the court's filing fee. However, the right to proceed *in forma pauperis* does not include the right to obtain copies of documents in the record free of charge. Your request for copies of documents is noted on the record, and consists of _____ pages. The pleadings and/or docket sheet(s) will be mailed to you upon receipt of a cashiers check or money order made payable to the United States District Court Clerk in the amount of $_____.

✓ **<u>Request for Copies of Transcripts</u>**
The transcript that you are requesting is not publicly available. You must contact the Court Reporter directly to make arrangements to purchase a copy. The Court Reporter's contact information is:
 Jill Zobel - P.O. Box 124, Jefferson, TN 37760

_____ **<u>Request for Copies of Presentence Investigation Reports (PSR)</u>**
All copy requests must be directed to the U.S. Probation Office.

<u>Chattanooga</u>: P.O. Box 430 Chattanooga, TN 37401-0430
<u>Knoxville</u>: 800 Market Street, Suite 311 Knoxville, TN 37902
<u>Greeneville</u>: 220 West Depot Street Greeneville, TN 37743

_____ **<u>Request for Copies of Sealed Documents</u>**
The Clerk's Office cannot provide copies of sealed documents without a court order.

_____ **<u>Request for Copies of Federal Rules of Civil and Criminal Procedure or Case Law</u>**
The Clerk's Office does not provide these documents.

_____ **<u>Request for Copies of the Local Rules</u>**
The Court's Local Rules are available on our web site. (http://www.tned.uscourts.gov/localrules.php)
If you wish to purchase a paper copy of the rules, it will be mailed to you upon receipt of a cashiers check or money order made payable to the United States District Court Clerk in the amount of $55.00 (110 pages at $0.50)

_____ **<u>Other</u>**