Name: Anthony Long
Register Number: 54109074
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

COLUMBIA SC 290

3 AUG 2023 PM 3 L



CLERK OF THE COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
220 WEST DEPOT STREET SUIT 200
GREENVILLE, TN 37743

37743-110050