To: Honorable Judge Clifton Corker
U.S. District Court
Eastern District of Tennessee
220 West Depot Street Suite 200
Greenville, TN 37743

Fr: Anthony Eugene Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: "Request For Support & Recommendation Regarding Petition For Clemency"

Dear Honorable Judge Corker,
I'm writing this letter seeking your support & recommendation regarding my forthcoming petition for clemency.
To be sure, my application for clemency will be submitted this upcoming January and I was advised by various clemency advocacy groups to request a letter of recommendation from both my sentencing Judge and my Assistant U.S. Attorney to be included with my clemency application. (See Exhibit A: Clemency Application)
Your Honor, I am not the same person I was when I first appeared before you almost 5 years ago and I want to take this opportunity to share with you my redeeming qualities and the positive steps I've taken to become a better person and a much better human being.
Prior to 2018, my addiction to crystal meth caused me to make some very poor decisions and left me in a vulnerable precarious position that allowed members of the cartel to take advantage of me and use me to further their drug business.
Your Honor, I'm proud to say that I am drug free and happy to be clean & sober going on 5 years!!!
Since my incarceration I've made a conscious effort to do all I can to change my life around and make something of myself.
Between 2021 and 2023 I've graduated from various drug education programs and I'm currently a facilitator & peer specialist with the institutions "MAT Program" and "Non-Residential Drug Program" assisting inmates struggling with opioid & drug addiction and looking to turn their lives around as well. (Confirm With Mr. Hayes Psychology Department)
In addition to this I'm currently a volunteer aid with the prison's "Suicide Watch" suicide prevention program and I take special pride in helping others cope with their problems and I try my best to offer a kind word and a listening ear to those who have lost their way and are contemplating suicide. (Verify With Ms. Brantley Psychology Department)
Judge Corker, I may not be perfect by any means, but I am definitely not the same drug induced person that stood before you five years ago lost and feeling hopeless and over the past few years I've found several talents I never knew I had.
Most recently I discovered two hidden talents, one as an artist and one as a writer and I look forward to sharing my art and my first novel with the rest of the world. (See Exhibit B: Artwork & Book Cover)
Today, I humbly and respectfully come before you seeking your recommendation to support my forthcoming petition for clemency asking President Biden to commute my sentence from 16 years to 10 years, which is not an unreasonable request given the fact that I've already served almost 5 years and I've rehabilitated myself through programming & drug treatment and matured tremendously since I've been away.
Your Honor, I'm more than ready to return home to my family and be a good son to my mother, a better brother to my siblings, a better friend to those around me and most of all the best human being I can possibly be. (See Exhibit C: Home Release Plan & Attached Documents)
I thank you for your time and your consideration in this very important matter and I look forward to hearing back from you.
Respectfully Submitted,

Anthony "Eugene" Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590
12/11/23
Date