# EXHIBIT A

# Petition for Commutation of Sentence

*Please read the accompanying instructions carefully before completing the application. Type or print the answers in ink. Each question must be answered fully, truthfully and accurately. If the space for any answer is insufficient, you may complete the answer on a separate sheet of paper and attach it to the petition. You may attach any additional documentation that you believe is relevant to your petition. The submission of any material, false information is punishable by up to five years' imprisonment and a fine of not more than $250,000. 18 U.S.C. §§ 1001 and 3571.*

**Relief sought:** *(check one)*

☒ Reduction of Prison Sentence Only     ☐ Reduction of Prison Sentence and Remission

☐ Remission of Fine and/or Restitution Only     ☐ Other _____

## To The President of the United States:

The undersigned petitioner, a Federal prisoner, prays for commutation of sentence and in support thereof states as follows:

1. Full name: __Anthony__ __Eugene__ __Long__
                *First*        *Middle*       *Last*

   Reg. No. __54109-074__     Social Security No. __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__

   Confined in the Federal Institution at __FCI Williamsburg__

   Date and place of birth: __May 8, 1985, Virginia Beach, Virginia__

   Are you a United States citizen?     ☒ yes ☐ no
   *If you are not a U.S. citizen, indicate your country of citizenship*

   _____

   Have you ever applied for commutation of sentence before?     ☐ yes ☒ no
   *If yes, state the date(s) on which you applied, and the date(s) when you were notified of the final decision on your petition(s).*

   _____

   _____

### Offense(s) For Which Commutation Is Sought

2. I was convicted on a plea of __GUILTY__ in the United States District Court
                *(guilty, not guilty, nolo contendere)*

   for the __EASTERN__ District of __TENNESSEE__ of the crime of:
       *(Northern, Western, etc.)*         *(identify state)*

*United States Department of Justice*
*Office of the Pardon Attorney*
*Washington, D.C. 20530*

*January 2002*

## Offense(s) For Which Commutation Is Sought

Conspiracy to commit money laundering, 18:1956(A); Conspiracy
*(State specific offense(s); provide citation of statute(s) violated, if known)*
to distribute 50 grams or more of methamphetamine, 21:846,

841(a)

I was sentenced on $\underline{04/23}$, $\underline{2021}$ to imprisonment for $\underline{192\ months}$, to pay
       *(month/day)*    *(year)*             *(length of sentence)*

☒ a fine of $ $\underline{200.00}$, ☐ restitution of $ $\underline{N/A}$, and to
       *(do not include special assessment)*

☒ supervised release or ☐ special parole for $\underline{5\ years}$, and/or to probation for

$\underline{5\ years}$. I was $\underline{35}$ years of age when the offense was committed.
*(length of sentence)*

3.    I began service of the sentence of imprisonment on $\underline{07/05}$, $\underline{2018}$, and I am projected to
                                              *(month/day)*   *(year)*

be released from confinement on $\underline{12/30}$, $\underline{2031}$.
                                 *(month/day)*    *(year)*

**Are you eligible for parole?**                                      ☐ yes ☒ no
*If yes, indicate the date when you became eligible for release, and state whether your application for parole was granted or denied*

**Have you paid in full any fine or restitution imposed on you?**    ☒ yes ☐ no
*If the fine or restitution has not been paid in full, state the remaining balance.*

4.    **Did you appeal your conviction or sentence to the United States Court of
Appeals?**                                            ☐ yes ☒ no

**Is your appeal concluded?**                                      ☐ yes ☐ no
*If yes, indicate whether your conviction or sentence was affirmed or reversed, the date of the decision, and the citation(s) to any published court opinions. Provide copies of any unpublished court decisions concerning such appeals, if they are available to you.*

**Did you seek review by the Supreme Court?**                  ☐ yes ☒ no

**Is your appeal concluded?**                                        ☐ yes ☒ no
*If yes, indicate whether your petition was granted or denied and the date of the decision.*

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 3 of 36
PageID #: 1027

Have you filed a challenge to your conviction or sentence under 28 U.S.C. § 2255 (habeas corpus)? ☐ yes ☒ no

Is your challenge concluded? ☐ yes ☒ no

*If yes, indicate whether your motion was granted or denied, the date of the decision, and the citation(s) to any published court opinions, if known. Provide copies of any unpublished court decisions concerning such motions, if they are available to you. If you have filed more than one post-conviction motion, provide the requested information for each such motion.*

_____

_____

_____

5. Provide a complete and detailed account of the offense for which you seek commutation, including the full extent of your involvement. If you need more space, you may complete your answer on a separate sheet of paper and attach it to the petition.

On September 26, 2018, I was arrested and detained on drug related offenses and subsequently charged in a 12 count Federal indictment that stemmed from my involvement with members and affiliates of a drug cartel that distributed crystal methamphetamine.

As part of a plea agreement I eventually pled guilty to Count 1 (Conspiracy to Distribute 50 grams or more of Crystal Meth) and Count 11 (Conspiracy to Commit Money Laundering) and in exchange for my guilty plea all additional charges in my indictment were dropped.

On April 23, 2021, I was sentenced to 192 months for Count 1 and Count 11 to run concurrently and as it stands I am seeking commutation of my 16 year sentence for the above two counts.

In sharing the details of the charges I was convicted of I'd like to be as honest and candid as possible with hopes that you will see the untenable position I was placed in and the constant fear and danger levied upon me during my involvement. To be sure, the aforementioned drug cartel was looking to recruit new people and expand their drug enterprise and I became exposed to their outreach through my boyfriend who began working with them directly. The business partnership

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 4 of 36
PageID #: 1028

<u>Detail account of the offense continues</u>:

was short-lived after my boyfriend ended up in jail, which then prompted the cartel to approach me with a "do-it-or-else" proposition that was cleverly disguised as an effort to free my boyfriend and with that they suggested I take their drugs in order to raise money to bail him out.

Because of my emotional attachment I agreed to accept the drugs and quickly was able to raise the money needed to post bail. After bailing my boyfriend out he then bailed out on me and completely disappeared off the face of the planet leaving me in debt and with no choice but to continue down this dark road in order to repay the cartel.

Once I became ensnared in their drug enterprise I was conditioned to believe that I needed to continue dealing drugs for them out of fear of physical harm or even death.

There was a constant amount of coercion and intimidation that provoked me to continue working for them and with nobody to turn to I was basically caught in a dilemma forced to carry out their biddings and do what they say.

It is important to note that up until this point in my life I had never been involved in any type of illicit drug dealing and I can honestly say that I had no history of drug charges or convictions prior to these specific events.

6.  **Aside from the offense for which commutation is sought, have you ever been arrested or taken into custody by any law enforcement authority, or convicted in any court, either as a juvenile or an adult, for any other incident?** ☐ yes ☐ no

    *For each such incident, provide: the date, the nature of charge, the law enforcement authority involved, and the final disposition of the incident. You must list every violation, including traffic violations that resulted arrest or in an criminal charge, such as driving under the influence.*

**Arrests:**

| | |
|---|---|
| 11-22-2003: | Assault "Domestic"/dismissed |
| 06-11-2004: | Assault/dismissed |
| 06-04-2006: | Battery/Nolle prosequi |
| 05-02-2007: | Speeding; Driving on Suspended License/dismissed |
| 04-24-2017: | Driving on Suspended License/dismissed |
| 07-05-2018: | Felon in Possession of a Firearm/dismissed |
| 09-26-2018: | Possession of Schedule II for Resale; Unlawful Possession of Drug Paraphernalia; Resisting Stop, Frisk, Halt; dismissed |
| 09-26-2015: | Methamphetamine Manufacture, Delivery, Sale, Possession With Intent/dismissed |
| 11-30-2018: | Possess With Intent to Sell or Deliver a Controlled Substance; Keeping a Place ofDrug Use; Possession of Drug Paraphernalia/dismissed |
| 12-02-2018: | Possess With the Intent to Sell or Deliver a Controlled Substance; Possess With the Intent to Sell or Deliver a Controlled Substance-Psilocyn; Possess With the Intent to Sell or Deliver a Controlled Substance-Methamphe-tamine; Keep a Place of Drug Use; False Report/dismissed |

**Convictions:**

| | |
|---|---|
| 08-27-2012: | Unlawful Wounding: 3 years custody; 3 years suspended, 5 years unsupervised probation |

7.    State your reasons for seeking commutation of sentence.  If you need more space, you may complete your answer on a separate sheet of paper and attach it to the petition.

\* SEE ATTACHED ADDENDUM \*

# "Attached Addendum In Support of Question #7"

## Petitioner's Reasons For Seeking Commutation of Sentence

Due to limited available space I am attaching the following addendum for Question #7 of my clemency application.

I am seeking the President's grace and benevolence in commuting my sentence from 16 years to 10 years and I attest that the facts and details provided herein are true, correct and complete.

Let it be known that since day one of my incarceration I have been programming and doing all I can to rehabilitate myself by participating in various non-residential drug treatment programs, including the current "MAT Program" for which I am now a facilitator and peer specialist. Most recently I completed the "Cry For Redemption Seminar" which allowed me to search my inner soul and really see my redeeming qualities for what it's worth and how I can utilize it to help me become a more productive citizen and better human being.

As a first time non-violent drug offender I believe I am an excellent candidate for clemency consideration and if given a second chance I promise to showcase my redeeming qualities and atone for the mistakes I made in the past.

## Petitioner's Background Prior To Incarceration

Prior to my incarceration I endured a disproportionate amount of adversity due to an inherent disposition marked by effeminate characteristics and mannerisms at a time and place(Eastern Tennessee) where such characteristics were not tolerated or accepted and as a result I experienced extreme ridicule and shame that impacted all areas of my life.

During most of my childhood I spent the majority of this critical growth period isolated and basically ostracized from others without anyone to help nurture my pain or advocate on my behalf.

This neglect and abandonment became the foundation that set up the unfortunate series of circumstances that eventually led me to a life of crime and drug addiction. I was left vulnerable and was subjected to the worst kind of abuses not at just the hands of my peers who constantly tormented me physically, mentally and emotionally, but by the very adults and authority figures who I trusted to protect me and keep me from harm and danger.

To make matters worse my parents divorced when I was only one years old and as an only child it was really hard for me to fit in after both of my parents re-married and started new families of their own.

In each respective family unit I was always the odd one out, never gaining true acceptance from either one of my step-parents and as I was shuffled back and forth from one home to the next I was relegated to extreme verbal & physical abuse by my step-parents.

The abuse I experienced was systemic and virtually inescapable as both my biological parents were either too high or too consumed in their relationships to put a stop to it and prevent it from spiraling out of control.

It is worth noting that my father was a drug addict and methamphetamine cook and I don't really have a good explanation for my mom's shortfalls or lack of concern and neglect except to say that she has always looked out for her own self interest and her life was always centered around getting high or getting money to get high.

At the age of fifteen I began attending the Calvary Baptist Church where I was molested by my Youth Minister and

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 8 of 36
PageID #: 1032

by this point in my life my family units on both sides had divorced again making my situation even more precarious.

The trauma and fallout that proceeded thereafter was too much for my family to handle and as a result I was forced into States custody which left me totally and utterly dejected with no sense of belonging and no real family bond.

I was considered an outcast in every aspect of my life and found it almost impossible to fit in anywhere. I didn't belong or fit in with my peers and had nothing in common with my step brothers & sisters from my parents new families.

I was viewed by those around me as a social pariah and since my family was not equipped to deal with me any longer I became a ward of the State of Tennessee and the negative effects I was experiencing prior to being placed in State's custody went from bad to worse.

Needlesstosay, I was tossed around from foster home to foster home until I was placed in a group home and after running away from the group home I was then released back to my mother and despite my time away I returned to a more hostile environment at home and in school. It seemed as though my town hadn't forgotten or forgiven me for exposing my youth minister's transgressions and I was confronted on many occasions by a number of students who blamed me for his fall from grace and when these confrontations became hostile I was eventually expelled from school by my Vice Principal who claimed that I was "too flamboyant" and blamed me for being "too feminine".

With no alternative to attend another school I took my GED and it wasn't long after my expulsion that I met my first boyfriend, which was my first experience in a romantic relationship. Sadly enough, our relationship was plagued by violence as he was physically abusive and obsessed with controlling me. His jealousy went completely overboard one day and it led to a fight that put me in jail and ultimately ended in his suicide. Just before taking his life my boyfriend put the blame on me and even in his death attempted to continue controlling me.

I was eighteen at the time of his death and to cope with this tragedy and guilt I began using drugs for the first time. I was completely lost and looked for comfort and reprieve in a procession of intimate relationships that involved the use of drugs. My promiscuity and drug use eventually led to me contracting HIV and subsequently I was diagnosed with the AIDS virus.

In 2005, I was admitted to the emergency room and placed in an induced coma as a result of a medical condition known as Toxoplasmosis. I was on the precipice of death and suffered from paralysis on the left side of my body.

When I finally came out of my coma I was told I would have permanent brain damage for the rest of my life. Faced with all these negative circumstances my self worth and self esteem was totally diminished and my drug addiction became so uncontrollable that in a matter of months I was just a shell of the person I was before.

This is when at my most vulnerable point in life I was coerced by members of the cartel to assist them in expanding their drug enterprise.

## My Character During Incarceration

On September 26, 2018, I was arrested and detained by Federal Authorities and later charged in a 12 count indictment involving numerous other individuals. After several incidents of being arrested I was eventually detained permanently while awaiting trial. Once my incarceration began I set out on a mission to turn my life around and made it a point to do all I can to prove my determination and commitment in rehabilitating myself.

In all honesty, I've had some issues trying to get acclimated to this new prison environment but my overall decision

making prowess can be seen through my achievements thus far.

I hate to admit that prison helped to save my life, but the truth is had it not been for my incarceration the likelihood of me dying out their on the streets was extremely high and perhaps me getting locked up was a blessing in disguise.

To be honest this time away has really allowed me to find myself and discover the true skills & talents I never thought I had.

As it stands I am several months from completing my very first novel entitled: "The Horse Of Many Colors: My name is Tony on the outside and Ashtyn on the inside" and I hope to have it edited by early next year. (See Book Cover)

In addition, since my incarceration I've found my talent as an aspiring artist and I plan to utilize this new found talent when I get home. I'm no "Picasso" or "Van Gogh", but the strides I've made in such a short period of time clearly shows that art is my true calling and I plan to share this special gift with the rest of the world.(See Art Work)

In less than two years here at FCI-Williamsburg I successfully completed a number of drug education programs, including the non-residential drug treatment program and the NAA drug program. I also earned credit for participating in various Health Fair classes and completed numerous ACE courses such as Keys To Success, HIV/Aids Awareness, Beginning Spanish, Unit Art Orientation, Related To Money, Job Interview and Cash Flow. (See Program Certificates & Updated Progress Report)

As of this writing I'm a volunteer cadre with the "Suicide Watch Program" offering my time and service to assist those contemplating suicide and I'm also a peer specialist and facilitator helping inmates struggling with opioid addiction. (See Character Letters)

In addition, I earned 500 hours of time credit while employed on the sewing detail at UNICOR and I'm currently enrolled in the "Peer Specialist Mentor Apprenticeship Program" where I plan to earn over 2,000 hours and graduate with an apprentice certificate in custodial maintenance. (See Computation Form & Progress Report)

I know there's always room for improvement and as such I have decided to dedicate my time to bettering myself and helping others when possible. I'm not perfect by any means, but I've come a long way from the person I was when I first arrived in the system and I know that my behavior right here and now will be a reflection of my future self when I regain my freedom.

## My Post-Conviction Home Release Plan

When released I will be living with my mother Sheryl Huskey in Eastern Tennessee. Her address is 640 Ratcliff Street, Newport, TN 37821. I will be assuming the role of primary caregiver for my mother who is suffering from a debilitating disease called rheumatoid arthritis, an auto-immune disease that affects her immune system and makes it almost impossible at times to function as a normal adult. (See Notarized Medical Power of Attorney)

My mother also has a host of other health issues that has basically left her incapacitated and unable to care for herself and she is not financially equipped to pay for a private elderly care service. (See Medical Records)

Because my sister Meghan is struggling with her own substance abuse problems she's unable to provide the proper care my mother needs and as such I will be the person responsible for making sure my mother makes all her scheduled doctor appointments and as her primary caregiver make sure that all her medications are properly proscribed and taken according to the doctors instructions.

In terms of earning a steady and honest income I'm currently studying up on various Real Estate ventures and I'm really focused on obtaining my Real Estate license and pursuing opportunities involving home renovations and property rehabilitations. I believe I missed out on my true calling and feel very passionate about giving myself an opportunity to do interior design. I have a strong passion for design & decorations and I want to utilize my talent as an artist to enhance my skill as an interior designer. Upon release I intend to enroll in an accredited interior design school in my area and it is an endeavor that I'd like to pursue with all my heart with hopes of one day owning my own interior design company and making a name for myself in the industry. (See College Enrollment Application)

Last but not least, I've already made arrangements to volunteer my services at several local non-profit organizations that provide assistance and counseling to victims of physical abuse and domestic violence. (See Letters of Verification)

Moreover, as a current member of the "Suicide Watch Prevention" program here at FCI-Williamsburg I would like to use my experience as a suicide aid to help those in the real world with suicidal tendencies and on the verge of committing suicide.

In closing, there's nothing I want to do more than to help those in my community struggling with drug addiction, especially my sister and the invaluable experience I've gained in the past few years as a facilitator and peer specialist in the prison's non-residential drug treatment program and "MAT" program will allow me to do just that.

When released I plan to sign up at the nearest drug treatment center and devote my time and effort as a facilitator & peer specialist to not only continue on my own road to recovery, but to help mentor others on their road to recovery as well.

For more information and verification regarding my home release plan, feel free to call my mother Sheryl at 423-415-6025.

# EXHIBIT B

# HORSES OF A DIFFERENT COLOR

## By Me & You



"Our individuality is all, all that we have. There are those that barter it for security, those who repress it for what they believe is the betterment of the whole society. But blessed in the twinkle of the morning star is the one who nurtures it and rides it, in grace and love and wit, from peculiar station to peculiar station, along life's bittersweet route."

"If the Earth needs night as well as day, wouldn't it follow that the soul requires endarkment to balance enlightenment?"

~ Tom Robbins. Jitterbug Perfume

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 13 of 36
PageID #: 1037











# EXHIBIT C

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PETITIONER ANTHONY LONG'S POST RELEASE HOME PLAN\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

When released Petitioner will be living with his mother Sheryl Huskey at 640 Ratcliff Street, Newport, Tennessee 37821. Effective immediately Petitioner will assume the role of primary caregiver for his mother who is suffering from a debilitating disease called rheumatoid arthritis, which affects the immune system and makes it almost impossible at times for her to do simple tasks and function as a normal adult. (See Notarized Medical Power of Attorney)

Petitioner's mother also has a host of other health issues that has basically left her incapacitated and unable to care for herself and right now she's not in a position financially to pay for a private elderly care service. (See Medical Records)

It's important to note that Petitioner's sister "Meghan" is struggling with substance abuse problems and is currently unable to provide the proper care their mother needs to live a decent life and as such Petitioner will be the one responsible for making sure his mother meets all her scheduled doctors appointments and as her primary caregiver will make sure that all her medications are properly proscribed and taken according to the doctors instructions.

With regards to earning a steady and honest income Petitioner has been taking correspondence Real Estate courses and is primarily focused on obtaining a Real Estate license and pursuing opportunities involving home renovations and property rehabilitations. In addition, Petitioner believes that he missed out on his true calling and feels very passionate about giving himself a chance to do interior design. Petitioner's first love has always been design & decorations and wants to utilize his strength and talent as an artist to enhance his skill as an interior designer. (See Artwork)

Upon release Petitioner intends to enroll in an accredited interior design school in his area and it's a profession he wants to pursue wholeheartedly with hopes of one day owning his own interior design company and making a name for himself in the home decor industry. (See College Enrollment Application)

Last but not least, Petitioner has already made arrangements to volunteer at several local non-profit organizations that provides much needed assistance and counseling to victims of physical abuse & domestic violence. (See Letters)

Moreover, as a current member of the prison's "Suicide Watch Prevention" program Petitioner would like to use his experience as a suicide aid to help those out there in the real world struggling with suicidal thoughts & tendencies and on the verge of committing suicide.

In closing, there's nothing Petitioner wants to do more than to help those in his community struggling with drug addiction, especially his sister "Meghan" and with the invaluable experience he's gained over the past few years volunteering as a facilitator and peer specialist with the prison's "Non-Residential Drug Treatment" program, "K-2 Awareness" program and "M.A.T." program it will allow him to do just that. (See Character Letters)

When released Petitioner will make it a point to sign up at the nearest drug treatment center and will devote his time and effort as a facilitator and peer specialist to not only help himself stay on his own road to recovery, but to help mentor others on their road to recovery as well.

For more information and verification regarding Petitioner's release plan, feel free to call Sheryl Huskey at 423-415-6025.

Respectfully Submitted,

Anthony "Eugene" Long
#54109-074
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Date: 12/10/23

# ADVANCE DIRECTIVE FOR HEALTH CARE*
(Tennessee)

**Instructions:** Parts 1 and 2 may be used together or independently. Please mark out/void any unused part(s). Part 5, Block A or Block B must be completed for all uses.

I, _Sheryl Denise Huskey_, hereby give these advance instructions on how I want to be treated by my doctors and other health care providers when I can no longer make those treatment decisions myself.

**Part 1** **Agent:** I want the following person to make health care decisions for me. This includes any health care decision I could have made for myself if able, except that my agent must follow my instructions below:

Name: _Anthony Long_ Relation: _Son_ Home Phone: _469 745 9215_ Work Phone: ____
Address: _Williamsburg Po Box 340_ Mobile Phone: ____ Other Phone: ____
_Salters SC 29590_

**Alternate Agent:** If the person named above is unable or unwilling to make health care decisions for me, I appoint as alternate the following person to make health care decisions for me. This includes any health care decision I could have made for myself if able, except that my agent must follow my instructions below:

Name: _Samantha Campbell_ Relation: _partner_ Home Phone: _423 415 6025_ Work Phone: ____
Address: _1040 Ratcliff st Newport TN_ Mobile Phone: ____ Other Phone: ____
_37821_

My agent is also my personal representative for purposes of federal and state privacy laws, including HIPAA.

**When Effective** (mark one): [✓] I give my agent permission to make health care decisions for me at any time, even if I have capacity to make decisions for myself. [✓] I do not give such permission (this form applies only when I no longer have capacity).

**Part 2** **Indicate Your Wishes for Quality of Life:** By marking "yes" below, I have indicated conditions I would be willing to live with if given adequate comfort care and pain management. By marking "**no**" below, I have indicated conditions I would not be willing to live with (that to me would create an **unacceptable** quality of life).

| Yes | No | |
|---|---|---|
| [ ] | [✓] | **Permanent Unconscious Condition:** I become totally unaware of people or surroundings with little chance of ever waking up from the coma. |
| [ ] | [✓] | **Permanent Confusion:** I become unable to remember, understand, or make decisions. I do not recognize loved ones or cannot have a clear conversation with them. |
| [ ] | [✓] | **Dependent in all Activities of Daily Living:** I am no longer able to talk or communicate clearly or move by myself. I depend on others for feeding, bathing, dressing, and walking. Rehabilitation or any other restorative treatment will not help. |
| [ ] | [✓] | **End-Stage Illnesses:** I have an illness that has reached its final stages in spite of full treatment. Examples: Widespread cancer that no longer responds to treatment; chronic and/or damaged heart and lungs, where oxygen is needed most of the time and activities are limited due to the feeling of suffocation. |

**Indicate Your Wishes for Treatment:** If my quality of life becomes unacceptable to me (as indicated by one or more of the conditions marked "no" above) and my condition is irreversible (that is, it will not improve), I direct that medically appropriate treatment be provided as follows. By marking "yes" below, I have indicated treatment I want. By marking "**no**" below, I have indicated treatment I **do not want**.

| Yes | No | |
|---|---|---|
| [ ] | [✓] | **CPR (Cardiopulmonary Resuscitation):** To make the heart beat again and restore breathing after it has stopped. Usually this involves electric shock, chest compressions, and breathing assistance. |
| [ ] | [✓] | **Life Support / Other Artificial Support:** Continuous use of breathing machine, IV fluids, medications, and other equipment that helps the lungs, heart, kidneys, and other organs to continue to work. |
| [✓] | [·] | **Treatment of New Conditions:** Use of surgery, blood transfusions, or antibiotics that will deal with a new condition but will not help the main illness. |
| [✓] | [ ] | **Tube feeding/IV fluids:** Use of tubes to deliver food and water to a patient's stomach or use of IV fluids into a vein, which would include artificially delivered nutrition and hydration. |

PLEASE SIGN ON PAGE 2

Page 1 of 2

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 21 of 36    PageID #: 1045

**Part 3**  Other instructions, such as hospice care, burial arrangements, etc.: *She will be buried close to her mother and I will help her with all her medical care if her condition worsens.*

_____

(Attach additional pages if necessary)

**Part 4**  <u>Organ donation:</u>  Upon my death, I wish to make the following anatomical gift  for purposes of transplantation, research, and/or education (mark one):

☐ Any organ/tissue          ☐ My entire body          ☐ Only the following organs/tissues:  _____

☑ No organ/tissue donation

---

## SIGNATURE

**Part 5**  Your signature must **either** be witnessed by two competent adults ("Block A") **or** by a notary public ("Block B").

Signature: *[signature]*  Date:  9-27-23
(Patient)

**Block A**  Neither witness may be the person you appointed as your agent or alternate, and at least one of the witnesses must be someone who is not related to you or entitled to any part of your estate.

Witnesses:

1. I am a competent adult who is not named as the agent.  I witnessed the patient's signature on this form.

   *[signature]*
   Signature of witness number 1

2. I am a competent adult who is not named as the agent.  I am not related to the patient by blood, marriage, or adoption and I would not be entitled to any portion of the patient's estate upon his or her death under any existing will or codicil or by operation of law. I witnessed the patient's signature on this form.

   *[signature]*
   Signature of witness number 2

**Block B**  You may choose to have your signature witnessed by a notary public instead of the witnesses described in Block A.

STATE OF TENNESSEE
COUNTY OF  _____

I am a Notary Public in and for the State and County named above.  The person who signed this instrument is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person who signed as the "patient."  The patient personally appeared before me and signed above or acknowledged the signature above as his or her own.  I declare under penalty of perjury that the patient appears to be of sound mind and under no duress, fraud, or undue influence.

My commission expires:  10-24-2026

*[Notary seal: Christopher Henry Havens — My Commission Expires 10/24/2026 — Notary ID 125632083]*

*[signature]*
Signature of Notary Public

**WHAT TO DO WITH THIS ADVANCE DIRECTIVE**:  (1) provide a copy to your physician(s); (2) keep a copy in your personal files where it is accessible to others; (3) tell your closest relatives and friends what is in the document; (4) provide a copy to the person(s) you named as your health care agent.

* This form replaces the old forms for durable power of attorney for health care, living will, appointment of agent, and advance care plan, and eliminates the need for any of those documents. Made Fillable by eForms.

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 22 of 36    PageID #: 1046

# Application for Admissions

Please send application and official transcript(s) to: Office of Admissions
120 White Bridge Road
Nashville, TN 37209-4515



## Nashville State
### Community College

Applicants must complete every item on this form, sign and date. All credentials provided to the college become the property of the college and cannot be forwarded or returned. All credentials will be maintained in an active status for a period of 12 months. After this period, if you do not register for classes, all credentials will be relocated to an inactive status and must be submitted again before an admissions decision will be made. **Please complete with black or blue ink.**

**Student Social Security Number:**

4 0 9 - 6 7 - 4 6 9 6

*Please note:* **Refusal to disclose your social security number or failure to supply a correct social may result in a fine from the IRS.**

**Please indicate the semester and year you plan to attend:**

Fall/Year_____    Spring/Year_____    Summer/Year_____

**Full Legal Name:**

a. Long                 Anthony                 E.
_____Last_____         _____First_____         _____Middle_____

**Permanent Home Address:**    **Length of residence at permanent address:_____ yrs.**

640          Ratcliff st
Number       Street/Apt. #                                P.O. Box

Newport      TN      37821      Cocke
City          State   Zip Code   County     Country (if not U.S. Citizen)

                              423 415 6025
_____    Telephone number (please include area code)
Email address

**Local Home Address (If different from Permanent Address):**

_____
Number          Street/Apt. #          P.O. Box          Telephone Number

_____
City          State          Zip Code          County          Country (if not U.S. Citizen)

**Date of Birth:** ____S____    ____8____    ____85____
                   Month          Day          Year

**Place of Birth:** Virginia Beach    Virginia    United States
                    City              State       Country

**Emergency Contact Information:**

Sheryl Huskey                                    Mother
Name                                             Relationship
640 Ratcliff st                                  423 415 6025
Address                                          Telephone Number

We request your completion of the following **for reporting purposes only.** This information will not be used to discriminate against any applicant in the admissions decision: **Gender:** ☑ Male    ☐ Female

**Do you consider yourself to be Hispanic/Latino/Spanish origin?**    ☐ Yes    ☑ No

**Select one or more of the following racial categories to describe yourself:**    ☑ White    ☐ Black or African American

☐ Asian    ☐ American Indian    ☐ Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

All male U.S. citizens and non-citizens who take up residency in the United States of America before their 26th birthday must register with Selective Service prior to registering for classes at NSCC. This requirement does not apply to veterans and others exempt by federal law. **Indicate whether or not you have registered for the United States Selective Service:**

☐ Yes    ☐ No    ☐ Exempt    **Military Veteran:** ☐ Yes    ☐ No

**Check One:** ☑ U.S. Citizen    ☐ Foreign Citizen, non-immigrant    ☐ Foreign Citizen, permanent U.S. resident

If non-U.S. resident, in what country do you hold citizenship? _____    Visa Number_____

What type of visa do you hold? _____    What is your native language? _____

No student will be classified as an in-state resident at NSCC by his/her mere presence as a student in the state of Tennessee.

Have you lived in Tennessee continuously since birth? ☐ Yes ☑No

If no, when and why did you move to Tennessee? When I was one years old

**Employment (for resident classification purposes only):**

Are you currently employed? ☐ Yes (___Full-time, ___Part-time) ☐ Currently not employed

Have you previously applied for admission?

☐ Yes  ☑ No

If yes, which semester?_____ Year?_____

**Please indicate your primary campus:**

☐ Main Campus/Nashville

☐ Clarksville

Do you live in Christian, Logan, Todd or Trigg County, KY?
☐ Yes  ☐ No
Have you live there for more than one year?
☐ Yes  ☐ No

☐ Dickson

☐ East Davidson (Donelson)

☐ Humphreys Co./Waverly

☑ Southeast/Nashville (Antioch)

**Under which classification do you wish to enroll? Check one:**

**Degree/Certificate Student:**

☐ First Time College Student

(no prior college attendance)

☐ Re-Admit

(previously attended NSCC)

☑ Transfer

[previously attended college(s)]

☐ Certificate Program

**Non-Degree Student:**

☐ Transient

(transferring courses back to another institution)

☐ Seeking College Level Courses

___Math ___English ___Other

☐ Continuing Education (CED)

(Workforce and Community Development Courses only)

☐ ESL Courses Only

**Intended Major:** Please check degree or certificate you plan to receive from NSCC. **Omit this section if you checked any box under the Non-Degree Student column. Refer to Degree insert for a list of possible degree programs and concentrations.**

**Degree Student:** ☑ Associate of Arts (AA)  ☐ Associate of Science (AS)  ☐ Associate of Science in Teaching (AST)

☐ Associate of Applied Science (AAS)

interior design
_____
Degree Program

_____
Concentration (Only for AAS Degrees)

**Certificate Student:** ☐ Technical Certificate_____

**High School Attended:**_____

High School Address: Morristown | TN | 37813 | Hamblen | USA
City | State | Zip Code | County | Country

Print your name as it appears on your high school transcript:_____

**High School Graduation Date:** 2003

**If you are not a high school graduate, have you earned the GED equivalency diploma?** ☑ Yes  ☐ No

Indicate date GED received: 2003 _____ Official scores must be sent to the Office of Admissions.

List all colleges/universities attended (including NSCC if you are re-enrolling). Official transcripts from ALL previous institutions must be sent directly to the Office of Admissions. It is the student's responsibility to obtain official transcripts.

| Name and Location (Do not abbreviate college name) | Dates Attended (month/year) | Degree(s) Received | Name under which transcript issued |
|---|---|---|---|
| Walters State | 2016 - 2018 | associates | Anthony Long |

Case 2:19-cr-00030-DCLC-CRW   Document 225-1   Filed 12/14/23   Page 24 of 36 PageID #: 1048

***Please see Hepatitis B Waiver Form on Back.



# Degree and Certificate Programs

**Nashville State Community College**

---

## Prepare to Transfer
**\*\*AA requires six hours of Foreign Language\*\***

### Associate of Fine Arts (AFA) Associate of Science (AS), Associate of Arts (AA) Degrees, Associate of Science in Teaching (AST)

**Associate of Fine Arts**
Music

**Associate of Science in Teaching**
Early Childhood (Pre-K - 3rd Grade)
K-5 Elementary Education
Secondary English
Secondary Mathematics
Secondary Social Studies
Special Education

**University Parallel**
Aerospace Technology (AS Only)
Biology 7-12 Education (AS Only)
Chemistry7-12 Education (AS Only)
Child Dev and Family Relations (AS Only)
General Studies
Geography
Healthcare Management
Health Sciences (AS Only–Nursing Major)
Mathematics 7-12 Education (AS Only)
Middle Grades Education (AS Only)
Pre-Law
Secondary Education (AS Only)

**Tennessee Transfer Paths (TTP)**
Accounting (AS Only)
Art-Studio (AA Only)
Biology (AS Only)
Business Administration (AS Only)
Chemistry (AS Only)
Civil Engineering (AS Only)
Communication Studies
Computer Science (AS Only)
Criminal Justice (SE Campus)
Economics
Electrical Engineering (AS Only)
English (AA Only)
Exercise Science (AS Only)
Finance (AS Only)
History

**TTP cont.**
Information Systems (AS Only)
Management (AS Only)
Marketing (AS Only)
Mathematics (AS Only)
Mechanical Engineering (AS Only)
Nutrition and Food Sciences (AS Only)
Philosophy
Physics (AS Only)
Political Science
Pre-Health Professions (AS Only)
Pre-Occupational Therapy (AS Only)
Pre-Physical Therapy (AS Only)
Psychology
Social Work
Sociology

---

## Prepare to Enter the Workforce
**\*\*Not Designed for transfer to four-year institution\*\***

### Associate of Applied Science (AAS)

**Accounting**
**Administrative Professional Technology**
**Architectural Design Technology**
**Business**
    Entrepreneurship
    Logistics
    Management
    Marketing and Retailing
**Civil and Construction Engineering Technology**
**Computer Information Technology**
    Cyber Defense
    Networking
    Programming and System Analyst
    Systems Administration and Management
**Culinary Arts (SE Campus)**
**Early Childhood Education**
**Electrical Engineering Technology**

**Healthcare Management**
    Medical Management
    Medical Coding
**Hospitality Management (SE Campus)**
**Industrial Process Control Tech (Humphreys County)**
    Maintenance Technician
    Process Technician
**Law Enforcement (SE Campus)**
    Crime Scene Investigation
    Police Administration
**Occupational Therapy Assistant (Separate Admissions Required)**
**Paralegal Studies**
**Visual Communications**
    Graphic Design
    Multimedia Design
    Photography
    Web Design

---

## Technical Certificates

Accounting
Accounting Clerk
Administrative Assistant
Architectural Design Technology
Central Processing (Separate Admissions)
Civil & Construction Engineering Tech
Computer Aided Drafting
Computer Programming
Culinary Arts (SE Campus)
Early Childhood Education
Food and Beverage Management
Food and Beverage Service

Fundamental Cook
Hotel Management (SE Campus)
Industrial Electrical & Instrumentation Technician
Industrial Electrical Maintenance
Industrial Maintenance Mechanic
Information Security
Law Enforcement (Southeast Campus)
Law Office Technology
Lodging Guest Services
Logistics
Mechatronics
Medical Coding

Music Technology
Paralegal (Bachelors Degree Required)
Photography
Process Operator
Retail Management
Supply Chain
Transportation

7-21-21

The Art Institute of...

The Art Institute of...

The Art Institute of...

What The Art Institute of...

The Art Institute of...

How to Differentiate Your...

Chances Calculator

Related College &...

**$2,000 Scholarship**

Take a Student-led Tour on CampusReel to Enter  →

# The Art Institute of Tennessee-Nashville: 2022 Requirements, Scores & GPAs

This is the go-to guide for getting into The Art Institute of Tennessee-Nashville. We suggest you read until the end... Not only will we layout the exact GPA and test scores you should aim for when applying to The Art Institute of Tennessee-Nashville, but we'll also offer creative ways to help your application stand out from the pack. We breakdown The Art Institute of Tennessee-Nashville statistics better than any article out there and show you how these have changed over time. Also, make sure to check out The Art Institute of Tennessee-Nashville on CampusReel to see what it's really like here. You can also use the below calculator to help determine your likelihood of acceptance at The Art Institute of Tennessee-Nashville

The Art Institute of Tennessee-Nashville chances calculator
This free college chances tool calculates your acceptance chances at any other U.S. college
Please note all chances are estimates based on test score and GPA averages.
Your SAT Score

Case 2:19-cr-00030-DCLC-CRW    Document 225-1    Filed 12/14/23    Page 26 of 36
PageID #: 1050

from 3.15 to 3.31 this year - to play it safe, we recommend striving for the 3.31 GPA.

statistics do not sufficiently tell you what a college or university is like.

# What Is The Art Institute Of Tennessee-Nashville's Acceptance Rate?

Last year The Art Institute of Tennessee-Nashville's acceptance rate was 0.0. However, check out how the acceptance rate has changed over time.
As you can see, The Art Institute of Tennessee-Nashville is just as competitive as it was last year.
Acceptance rate a does not indicate y likelihood for gettir The Art Institute of Tennessee-Nashvi a very high level understanding of t competition. Use th acceptance rate as a general guide for curating a list of 10-15 schools that fall into different ranges of competitiveness. Then, use the below data to get a deeper understanding of how your application will compare to the rest of the pool.

| | 2016 | 2017 |
|---|---|---|
| Acceptance Rate | N/A | N/A |

To: International Volunteer Missions Inc.
C/O Adam Sanders
307 Lincoln Avenue
Newport, TN 37821-4024

Fr: Anthony Long
#54109-0074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Adam Sanders,

I am seeking opportunity to do some volunteer work with your organization. I am currently incarcerated but am in the process of seeking clemency. Upon my release I am agreeing to do volunteer work in order to help my community and myself in the process. I would greatly appreciate information on how to apply or commit my services to your organization. I will be living in the Bryants town area. Thank you so much for your time and consideration. I look forward to hearing back from you! Have a wonderful day.

Sincerely, Anthony Long

To: Freedom Project of East Tennessee
C/O Belinda Jewell
160 Easy Street
Newport, TN 37821-3430

Fr: Anthony Long
#54109-074
FCI-Williamsburg
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Ms. Jewell,

I am very interested to know if there's any volunteer positions available with your organization.

I am currently incarcerated at FCI-Williamsburg and I'm in the process of filing a petition for clemency that could grant me early release. As part of the process I was asked to provide a home release plan and was advised to look to volunteer my services with various organizations in my area of residence. Just so you know I'm from the Bryant's town area of Newport and I'm excited to return home to better my community.

Could you please let me know if there's any volunteer positions available and if so could you please send me the application forms I need to fill out. I thank you for your time and consideration and I look forward to hearing back from you.

Sincerely,

Anthony Long

To: Close To My Heart Foundation
C/O Christy Adams
325 Chestnut Ridge Way
Newport, TN 37821-2546

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Ms. Adams

My name is "Anthony Long" and I'm currently incarcerated at FCI-Williamsburg in Salters, South Carolina.
I'm writing this letter seeking a volunteer position with your organization and I would like to know if there's a position available for me upon release.
I am in the process of filing a petition for clemency and as part of the clemency process I was told to submit a home release plan that includes volunteer work with various organizations within close proximity of where I live.
In anticipation of getting some type of relief via clemency I feel compelled to do as much as I can to be a productive citizen and upstanding member of the community and I believe volunteer work will allow me to make such a positive impact.
Could you please write me back and let me know if there's any volunteer openings and if I need to fill out any applications or go through any type of screening or interviews if indeed a position is available.
I thank you for your time and consideration and I look forward to your response.
Sincerely,
Anthony Long

To: Friends Of The Animal Shelter
C/O Donna Thomas-Brannon
420 Humane Road
Newport, TN 37821-2869

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Ms. Thomas-Brannon,
I'm writing to see if there's a volunteer position available with your organization.
I am currently incarcerated at FCI-Williamsburg and I am in the process of filing a petition for clemency that could give me some relief. Could you please let me know if there's any volunteer positions available and if so could you please send me an application to fill out and send back to you. I am from the Bryant's town area in Newport and I am very interested in volunteering my services to help better myself and my community.
I thank you for your time and consideration and look forward to hearing back from you.
Sincerely,

Anthony Long

To: Habitat For Humanity
C/O Kay Archer
P.O. Box 1730
Newport, TN 37822-1730

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Ms. Archer,

I am seeking possible opportunity to do some volunteer work. I am currently incarcerated but am working on a clemency petition that is promising in granting me relief. As part of my agreement for relief I am agreeing to do some volunteer work to aid my community. If there is any possible way for you to send me some info on how to apply for this charity work I would be extremely gracious. Thank you so much for your time and consideration. I will be living in the Bryants town area upon my release. Thank you again and I hope to hear from you soon!
Sincerely,

Anthony Long

To: Downtown Newport Artscapes Inc.
C/O Ross Gray
115 Mulberry Street
Newport, TN 37821-3522

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Mr. Gray,

I am looking for possible opportunity to do some volunteer work. I was hoping that i could receive some information on how to apply for service with your organization. I am currently incarnated but am in the process of pursuing clemency. as part of my agreement i am compelled to volunteer my time to help better aid my community when released. Could you please send me any information I would need to apply for serving your charity. I will be living in the Bryants town area in Newport.
Thank you so much for taking the time to reply and your consideration. Have an excellent day!
Sincerely,

Anthony Long

To: Hearts of Steele Animal Rescue
530 Crawley Drive
Newport, TN 37821-6014

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

I am looking for possible opportunity to do some volunteer work with your organization. I am currently incarcerated but am applying for clemency which is promising in giving me relief. Upon my release I am agreeing to serve my community and aid in its betterment as well as mine. I was hoping you could send me some information on how to apply for your service. i will be living in the Bryants town area upon my release.
Thank you so much for your time and consideration. I look forward to hearing back from you.
Sincerely,

Anthony Long

To: Keep Cocke County Beautiful Inc.
115 Mulberry Street
Newport, TN 37821

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Organization,
I am currently looking to do some volunteer work with your organization and I'd like to know if there's any volunteer positions open. I am currently incarcerated at FCI-Williamsburg and I am in the process of filing a petition for clemency that would possibly give me some relief. Could you please let me know if there's a position available and if I need to fill out a questionnaire or application form. Just to let you know I am from Newport in the Bryantstown area.
I thank you for your time and consideration and I look forward to hearing back from you.
Sincerely,

Anthony Long

To: Keep Cocke County Beautiful Inc.
115 Mulberry Street
Newport, TN 37821

Fr: Anthony Long
#54109-074
FCI-Williamsburg
P.O. Box 340
Salters, SC 29590

RE: Possible Volunteer Position With Organization

Dear Organization,

I am currently looking to do some volunteer work with your organization and I'd like to know if there's any volunteer positions open. I am currently incarcerated at FCI-Williamsburg and I am in the process of filing a petition for clemency that would possibly give me some relief. Could you please let me know if there's a position available and if I need to fill out a questionnaire or application form. Just to let you know I am from Newport in the Bryantstown area.
I thank you for your time and consideration and I look forward to hearing back from you.
Sincerely,

Anthony Long