ANTHONY LONG
#54109-074
FCI-WILLIAMSBURG
P.O. BOX 340
SALTERS, SC 29590



HONORABLE JUDGE CLIFTON CORKER
U.S. DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
220 WEST DEPOT STREET SUITE 200
GREENVILLE, TN 37743