UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                                    )          2:19-CR-00030-KAC
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
(1) ANTHONY EUGENE LONG,            )
                                    )
          Defendant                 )

**ORDER**

Defendant has filed a document that has been docketed as a "Motion/Request for Support and Recommendation regarding Petition for Clemency." [Doc. 225]. In his motion, he seeks the Court's "support and recommendation regarding his forthcoming petition for clemency." [*Id.* at pg. 1]. He notes that he has changed since his incarceration, that he has graduated from several programs in the BOP, that he is a volunteer aid with the "Suicide Watch" a suicide prevention program in the BOP. He states his intention to write a novel and has discovered he is a talented artist. The Court commends him for the efforts to address his addiction and in preparing himself for his eventual release back into the community.

The power to grant clemency, however, is a "prerogative granted to the executive authorities to help ensure that justice is tempered by mercy." *Cavazos v. Smith*, 565 U.S. 1, 8-9 (2011). It is not a judicial function. Because clemency is within the power of the executive, the Court cannot provide any other support. While it appears Defendant is doing all that he can to better his life, the Court cannot do anything other than stand on the sidelines and applaud his efforts. His motion [Doc. 225] is accordingly, **DENIED.**

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge